UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-30626-JPS |
| | ) | |
| WILLARD STEWART LECOUNT, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, | ) ) ) | |
| | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLARD STEWART LECOUNT, and JOY R. WEBSTER, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM STAY**
**WAIVER OF 30-DAY REQUIREMENT OF SECTION 362 (e)**

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o BSI Financial Services, Inc., its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order that terminates the automatic stay for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 5615 Center Hill Church Road, Loganville, GA 30052 ("Real Property") in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtor filed the above-styled Chapter 7 on June 3, 2019, and said matter is pending before this Court.

3.

Movant holds a claim secured by the Real Property. True and correct copies of the subject loan documents ("Loan Documents") are collectively attached hereto as Exhibit "A" and incorporated herein by reference.

4.

Debtor is delinquent on the subject loan for the June 2017 through and including June 2019 payments in the amount of $3,258.08 each.

5.

Movant is not adequately protected.

6.

Debtor appears to have little equity, if any, in the Real Property. Per Debtor's Schedule A, the value of the Real Property is approximately $620,000.00. The payoff on the subject loan as of June 7, 2019, was approximately $428,140.41, with an unpaid principal balance of $362,691.85. Debtor's Schedule D lists a junior lienholder, PNC Mortgage, with a claim in the amount of $108,660.00 that is also secured by the Real Property.

7.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

8.

Movant waives the 30-day requirement of Section 362 (e).

9.

Pursuant to Local Bankruptcy Rule 4001-1(a)(5) and O.C.G.A. §44-14-162.2, the name of the person or entity who has full authority to negotiate, amend or modify the

terms of the aforementioned indebtedness is Brittany Brenes, BSI Financial Services, 7505 Irvine Center Drive, Suite 200, Irvine, CA 92618. Phone (949) 201-4287 Ext. 56919. Email: bbrenes@bsifinancial.com.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

a) Waive the stay set forth in FBR 4001(a)(3);
b) Terminate the automatic stay to permit Movant to enforce its security interest in the Real Property in accordance with the terms of the Loan Documents and applicable non-bankruptcy law, including, but not limited to, conducting a foreclosure sale and seeking possession of the Real Property pursuant to the laws of the State of Georgia;
c) Award $850.00 for the attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and
d) Grant such other and further relief as this Court deems just, necessary, and proper.

This 12th day of June, 2019.

                                            Prepared by:
                                            Attorney for Movant

                                            /s/ Marc E. Ripps
                                            Marc E. Ripps
                                            Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-30626-JPS |
| | ) | |
| WILLARD STEWART LECOUNT, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, | ) ) ) ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLARD STEWART LECOUNT, and JOY R. WEBSTER, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION**

Movant has filed a motion for relief from the automatic stay ("Motion") and related papers with the court seeking an order for relief sought in the Motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, then you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion, then you or your attorney must attend a hearing on **July 23, 2019, at 2:00 p.m. in the United States Courtroom, Post Office Bldg., 115 E. Hancock Avenue, Athens, Georgia 30601**. THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL COURT ORDER OTHERWISE.

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. If a final decision is not rendered by the court within sixty (60) days of the request, then Movant waives the requirement that a final decision be issued within that period.

This notice is sent by the undersigned pursuant to LBR 9004-1(c)(5)(B).

This 12th day of June, 2019.

PREPARED BY AND CONSENTED TO:
Attorney for Movant

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-30626-JPS |
| | ) | |
| WILLARD STEWART LECOUNT, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, | ) ) ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| vs. | ) | |
| WILLARD STEWART LECOUNT, and JOY R. WEBSTER, Trustee, | ) ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that a true and correct copies of the Motion for Relief from Stay, the Notice of Motion, and of the Notice of Assignment of Hearing were sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via the United States Postal Service to all other interested parties at their addresses shown below.

Joy R. Webster, Esq.
Chapter 7 Trustee
Via Electronic Notice

Office of the United States Trustee
Via Electronic Notice

Andrew Monroe Adams, Esq.
Attorney for Debtor
Via Electronic Notice

Willard Stewart LeCount
5615 Center Hill Church Road
Loganville, GA 30052

Melody LeCount*
4040 Brownwood Road
Madison, GA 30650-4468
    *Co-Borrower/Notice Only

This 12th day of June, 2019.

                                                /s/ Marc E. Ripps
                                                Marc E. Ripps
                                                Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com